NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


GREGORY KEITH CAPEHART, )
 )
      Appellant, )
 )
v. )    Case No. 2D19-191
 )
STATE OF FLORIDA, )
 )
      Appellee. )
_____ )

Opinion filed September 11, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County; Susan Barthle.
Judge.

Gregory Keith Capehart, pro se.



PER CURIAM.


      Affirmed.


CASANUEVA, VILLANTI, and BADALAMENTI, JJ., Concur.